UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEEHAN GENETICS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAKOV P. DULCICH AND SONS, LLC et al., <br><br> Defendants. | No. 2:14-cv-02227-KJM-DB <br><br> ORDER |

On September 3, 2015, the court stayed this action pending the resolution of interference proceedings before the United States Patent and Trademark Office Patent Trial and Appeal Board (PTAB). ECF No. 37. The court also directed the parties to file a status report every sixty (60) days, apprising the court of the status of the interference proceedings. *Id.* The parties' latest joint status report, filed on August 24, 2016, informs the court that a decision was issued in the interference proceeding on August 17, 2016. ECF No. 45 at 2. Following the PTAB's ruling, plaintiff now requests the court to lift the stay on this action. *Id.* Defendants Jakov P. Dulcich and Sons, LLC, Jakov P. Dulcich, Nick P. Dulcich, and Peter Dulcich argue in the joint status report that the interference proceeding is still pending, in that no judgment has been entered on priority.

The PTAB's order states that defendants are authorized to file a separate motion on the patentability of plaintiff's claim after the priority motion. ECF No. 45-2 at 2. Furthermore, the judgment on priority has not been entered against defendant. ECF No. 45-1 at 19. Accordingly, this action remains

1 **stayed**.  The parties are ordered to continue the filing of a status report every six-
2 ty days to inform the court of any updates in the interference proceeding.

      IT IS SO ORDERED.

DATED:  September 7, 2016

                                                UNITED STATES DISTRICT JUDGE